| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Bucklew, Susan C | 2. Court or Organization U.S. Dist. Ct. Mid. Dist.Fl. | 3. Date of Report 05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge-Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address Sam M. Gibbons U.S. Courthouse 801 N. Florida Ave. Suite 1430 Tampa, Fl. 33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director-stockholder | Cawthon Oil Company |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 8/1/1996 | State of Florida--Retirement |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2004 | State of Florida--Division of Retirement | $ $34,632.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* (Dollar amount not required except for honoraria.)

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America (formerly Nations Bank) | Mortgage--Rental Property, Tampa, Fl. | K |
| 2. Bank of America | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property---Tampa FL | D | Rent | N | Q | | | | | |
| 2. Cawthon Oil Co.----█████owned Corporation | | None | . M | U | | | | | |
| 3. ING Deferred Compensation Plan | D | Dividend | M | T | | | | | |
| 4. --Oppenheimer Mainstreet Fund A | | | | | | | | | |
| 5. ---American Balanced Fund R-4 | | | | | | | | | |
| 6. ---ING GNMA Fund A | | | | | | | | | |
| 7. ---New Prospective Fund Class R-4 | | | | | | | | | |
| 8. ---ING Plus Mid Cap Fund A | | | | | | | | | |
| 9. ---Baron Growth Fund | | | | | | | | | |
| 10. ---The Growth Fund of America -A | | | | | | | | | |
| 11. ---ING Index Plus Large Cap Fund A | | | | | Transferred | 6-17 | J | | |
| 12. ---Scudder Equity 500 Index. Fund Inv. | | | | | Received | 6-17 | J | | |
| 13. ---Lord Abbett Affiliated Fund A | | | | | | | | | |
| 14. Putnam Fund Growth and Income | A | Dividend | | | Sold | 7-13 | J | | |
| 15. Wachovia (formerly Prudential ) Command Money | A | Interest | J | T | | | | | |
| 16. MFS Series Trust IV Money Market FD CLA | A | Interest | | | Sold | 7-13 | K | | |
| 17. Putnam Money Market Fund Class A | A | Interest | | | Sold | 7-13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Motors Acceptance Global Notes B | A | Dividend | K | T | | | | | |
| 19. Davis New York Venture | A | Dividend | | | Sold | 7-13 | J | | |
| 20. ING International Value Fund Class A | A | Dividend | | | Sold | 7-13 | J | | |
| 21. Columbia (formerly Liberty) Acorn Fund Class A | A | Dividend | | | Sold | 7-13 | J | | |
| 22. Pimco Total Return Fund Class A | A | Dividend | | | Sold | 7-13 | J | | |
| 23. Royce Low Priced Stock Fund | A | Dividend | | | Sold | 7-13 | J | | |
| 24. Putnam International Growth Fund | A | Dividend | | | Sold | 7-13 | J | | |
| 25. White Oak Growth Stock Fund | | None | | | Sold | 7-13 | J | | |
| 26. Nuveen Floating Rate Income Opportunity Fund | | None | | | Sold | 7-13 | J | | |
| 27. Diamonds Trust 1 Unit Ser 1 | A | Dividend | J | T | Buy | 7-13 | J | | |
| 28. IShares TR-S&P Smallcap 600 Value Index FD | | None | J | T | Buy | 7-13 | J | | |
| 29. IShares TR Russell 1000 Growth Index FD | A | Dividend | J | T | Buy | 7-13 | J | | |
| 30. IShares TR-S&P Mid cap 400Value Index FD | A | Dividend | J | T | Buy | 7-13 | J | | |
| 31. IShares S&P Midcap Growth Indes Fund | A | Dividend | J | T | Buy | 7-13 | J | | |
| 32. IShares MSCI EAFE Index Fund | A | Dividend | J | T | Buy | 7-13 | J | | |
| 33. IShares TR S&P Smallcap 600/Barra Growth Index FD | A | Dividend | J | T | Buy | 7-13 | J | | |
| 34. IShares TR S&P 500 Index FD | A | Dividend | J | T | Buy | 7-13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IShares TR-Russell 1000 Value Index FD | A | Dividend | J | T | Buy | 7-13 | J | | |
| 36. IShares TR MSCI Emerging Markets INdex | A | Dividend | J | T | Buy | 7-13 | J | | |
| 37. Lehman Brothers Bank CD | A | Interest | J | T | Buy | 7-13 | J | | |
| 38. GMAC Automotive Bank CD | A | Interest | J | T | Buy | 7-13 | J | | |
| 39. IRA | A | Dividend | K | T | | | | | |
| 40. ---Coca Cola | | | | | Sold | 7-13 | J | | |
| 41. ---Dell Computer | | | | | Sold | 7-13 | J | A | |
| 42. ---Putnam Voyager Fund Class A | | | | | Sold | 7-13 | J | | |
| 43. ---Alltell Corp Corporate Units | | | | | Sold | 7-13 | J | A | |
| 44. ---Calamos Growth Fund Class A | | | | | Buy | 7-13 | J | | |
| 45. ---Causeway INTL Value Fund INS SHS | | | | | Buy | 7-13 | J | | |
| 46. ---FMI FDS Focus Fund | | | | | Buy | 7-13 | J | | |
| 47. ---Goldman Sachs TR FINL Square MMKT FD CL 1 | | | | | Buy | 7-13 | J | | |
| 48. ---Harbor Small CAP Value Institutional | | | | | Buy | 7-13 | J | | |
| 49. ---Janus INVT FD Mid Cap Value FD INSTL SHS | | | | | Buy | 7-13 | J | | |
| 50. ---Julius Baer INVT FDS INTL Equity FD CL 1 | | | | | Buy | 7-13 | J | | |
| 51. ---Legg Mason Value Trust Tr INC NAV Value Trust | | | | | Buy | 7-13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---Pimco FDS PAC INVT MGMT Ser Total Return FD INSTL Cl | | | | | Buy | 7-13 | J | | |
| 53. ---TCW Galileo FDS INC Select Equities FD CL 1 | | | | | Buy | 7-13 | J | | |
| 54. ---Touchstone Small Cap Growth FD Cl-1 | | | | | Buy | 7-13 | J | | |
| 55. ---Torray FD Institutional Fund | | | | | Buy | 7-13 | J | | |
| 56. ---Torray Fd Institutional Fund | | | | | Sold | 11-3 | J | | |
| 57. ---Cambiar Opportunity FD | | | | | Buy | 11-3 | J | | |
| 58. ---Vanguard/Windsor Fund Inc Vanguard/Windsor 11 Portfolio | | | | | Buy | 7-13 | J | | |
| 59. ---Wt Mut Fd CRM Mid Cap Value FD INSTL | | | | | Buy | 7-13 | J | | |
| 60. ---Western Asset Core Bond FD CL-1 | | | | | Buy | 7-13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bucklew, Susan C | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART II:  The date listed is the date I began drawing retirement from the state of Florida.

PART VII:  1.  The appraisal of the rental property in Tampa Florida is based on the county property appraiser's appraisal in 2005.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date 5-15-2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544